UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LONNEL DIGGS,<br>a/k/a "CASH," a/k/a "CASHIOSO RUNZITUP" | No. 2:23-mj-00200-KFW |

**MOTION FOR DETENTION**

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. Eligibility of Case. This case is eligible for a detention order because the case involves (check all that apply):

    \_\_\_\_\_  Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

    \_\_\_\_\_  Crime of violence

    \_\_\_\_\_  Maximum sentence life imprisonment or death

    \_\_\_\_\_  10+ year drug offense

    \_\_X\_\_  Felony, with two prior convictions in above categories

    \_\_X\_\_  Felony involving a minor victim, a firearm, destructive device or dangerous weapon or failure to register as a sex offender

    \_\_X\_\_  Serious risk defendant will flee

    \_\_X\_\_  Serious risk obstruction of justice

1

2. Reasons for Detention:

   i. _____

   ii. Other than Temporary Detention. The court should detain the defendant because there are no other conditions of release which will reasonably assure (check one or both):

   __X__ Defendant's appearance as required

   __X__ Safety of any other person and the community

4. Date of Detention Hearing. The United States requests that the detention hearing be held after a continuance of __3__ days.

5. Length of Detention Hearing. The United States will require __1/2__ hour to present its case for detention.

Date:  July 19, 2023                              Respectfully Submitted:

                                                  DARCIE N. MCELWEE
                                                  United States Attorney

                                                  */s/ Sheila W. Sawyer*

                                                  Sheila W. Sawyer
                                                  Assistant United States Attorney
                                                  U.S. Attorney's Office
                                                  100 Middle Street
                                                  Portland, Maine 04101
                                                  (207) 780-3257
                                                  Sheila.Sawyer@usdoj.gov