UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME:  USA v. Lonnel Diggs

DOCKET NO:  2:23-mj-200-KFW-2

PROCEEDING TYPE: Preliminary Exam and Detention Hearing

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1 | | | Philip Jimenez Arrest Report | 7/25/23 | 7/25/23 | | 7/25/23 |
| 2 | | | Philip Jimenez Booking Photo | 7/25/23 | 7/25/23 | | 7/25/23 |
| 3 | | | Browning Firearms Trace Summary | 7/25/23 | 7/25/23 | | 7/25/23 |
| 4 | | | Facebook Photo of Diggs and Jimenez | 7/25/23 | 7/25/23 | | 7/25/23 |
| 5 | | | Facebook Messages: Diggs and Coleman | 7/25/23 | 7/25/23 | | 7/25/23 |
| 6 | | | Devon Perry Arrest Report | 7/25/23 | 7/25/23 | | 7/25/23 |
| 7 | | | Glock GMBH Trace Summary | 7/25/23 | 7/25/23 | | 7/25/23 |
| 8 | | | Music Video Screenshot on The Left, Devon Perry Booking Photo on The Right | 7/25/23 | 7/25/23 | X | 7/25/23 |
| 9 | | | Instagram Music Video From 2022 | 7/25/23 | 7/25/23 | X | 7/25/23 |
| 10 | | | Arbai Abdirahman ID Card | 7/25/23 | 7/25/23 | X | 7/25/23 |
| 11 | | | Facebook Messages: Diggs and Gabrielle Diaz | 7/25/23 | 7/25/23 | X | 7/25/23 |
| 12 | | | Video of KJ Shooting a Firearm | 7/25/23 | 7/25/23 | X | 7/25/23 |
| 13 | | | Video Interview of Tammy Mercier | 7/25/23 | 7/25/23 | X | 7/25/23 |