**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

UNITED STATES OF AMERICA

v.

ANTHONY COLEMAN,
   a/k/a "RENT," a/k/a "TONE LOC,"
LONNEL DIGGS,
   a/k/a "CASH,"
   a/k/a "CASHIIOSO  RUNZITUP"

2023 DEC 20  P 3: 49

DEPUTY CLERK

Criminal No. 2:23- 134-NT

## INDICTMENT

The Grand Jury alleges:

### COUNT ONE – ANTHONY COLEMAN and LONNEL DIGGS
### (Conspiracy to Commit Firearms Offenses)

#### INTRODUCTORY ALLEGATIONS

1.     At all times material to this complaint, the businesses listed below each possessed a federal firearms license ("FFL") and were authorized to deal in firearms under federal law:

(a)    Ballstown Firearms, in Whitefield, Maine;

(b)    G3 Firearms, in Turner, Maine; and

(c)    J.T. Reid's Gun Shop, in Auburn, Maine.

2.     The rules and regulations governing FFL holders required that a person seeking to purchase a handgun fill out a Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), Form 4473, Firearms Transaction Record.  Part of the ATF Form 4473 requires that the prospective purchaser certify truthfully, subject to penalties of perjury, that he or she is the actual buyer of the firearm.  One of the questions that the prospective purchaser of a firearm must answer when filling out the ATF Form 4473 is,

1

"Are you the actual transferee / buyer of the firearm(s) listed on this form and any continuation sheet(s)(ATF Form 5300.9A)?" Immediately after this question, and before the space provided for the answer, ATF Form 4473 provides the following: "Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person.  If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you." The ATF Form 4473 contains language warning that "making any false oral or written statement, or the exhibiting of any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law." It also warns that "answering 'yes' to question 21(a) when I am not the actual buyer of the firearm is a crime punishable as a felony."

3.      A person who purchases a firearm for another person and falsely completes the Form 4473 is commonly referred to as a "straw purchaser."

4.      FFL holders are required to maintain a record, in the form of a completed Form 4473, of the identity of the actual buyer of firearms sold by them, including the buyer's address and date of birth, to ensure that the person is not prohibited from possessing a firearm.

5.      Persons who have been convicted in any court of a crime punishable by imprisonment for a term exceeding one year are prohibited by law from possessing firearms.

6.      Persons who have been convicted in any court of a misdemeanor crime of domestic violence are prohibited by law from buying firearms.

7.      Persons who unlawfully use and are users of or addicted to controlled substances are prohibited by law from possessing firearms.

8.      In early 2022, a woman by the name of Jennifer Scruggs and her then-boyfriend Aaron Michaud began purchasing crack cocaine from the defendants ANTHONY COLEMAN, a/k/a "Rent," and LONNEL DIGGS, a/k/a "Cash," in Lewiston, Maine.  At the time, the defendants were prohibited by law from possessing firearms or ammunition because each had previously been convicted of a crime punishable by imprisonment for a term exceeding one year and had in fact served more than a year in a California state prison in connection with those prior convictions.  More specifically:

      a.  ANTHONY COLEMAN was previously convicted in the State of California of: (1) Assault with a Dangerous Weapon/Firearm in 2001 and committed to prison for 14 years (Docket #XNVPA03800901/LOS ANGELES); and (2) Assault with a Dangerous Weapon on a Peace Officer in 2003 and committed to prison for 3 years, to run consecutive to the sentence in the assault case (Docket #CRPB03-5161/DEL NORTE).

      b.  LONNEL DIGGS was previously convicted in the State of California of: (1) Robbery in 2003, for which he received a sentence of 3 years in prison (Docket #XNVPA04225401/LOS ANGELES); and (2) Assault with a Dangerous Weapon on a Peace Officer in 2010, for which he received a sentence of 8 years (Docket #XNVPA06179202/LOS ANGELES).

9.      Scrugg's boyfriend Aaron Michaud was also prohibited by law from possessing firearms or ammunition because he had previously been convicted of a misdemeanor crime of domestic violence and because he was unlawfully using and addicted to controlled substances.

10.     At all times material hereto, although they occasionally resided in, and traveled to and from, the state of Maine, the defendants ANTHONY COLEMAN and LONNEL DIGGS possessed California Drivers Licenses and were residents of California.  At all times material hereto, ANTHONY COLEMAN and LONNEL DIGGS claimed to be members of the "Crips" street gang in southern California.

11.     At all times material hereto, the defendants ANTHONY COLEMAN and LONNEL DIGGS used Facebook Messenger to communicate with Jennifer Scruggs and others.  At all times material hereto, COLEMAN's username on Facebook was "Tone Loc" and DIGGS' username on Facebook was "Cashiioso Runzitup."

## THE CONSPIRACY

12.     Between approximately March 1, 2022 and July 30, 2022, in the District of Maine and elsewhere, the defendants ANTHONY COLEMAN, a/k/a "Rent," a/k/a "Tone Loc," and LONNEL DIGGS, a/k/a "Cash," a/k/a "Cashiioso Runzitup," did knowingly, willfully, and unlawfully combine, conspire, and agree together and with Jennifer Scruggs, Aaron Michaud and others known and unknown to the grand jury, to commit offenses against the United States, that is:

a. knowingly to make false and fictitious written statements to FFL holders, which statements were intended and likely to deceive the licensed dealers with respect to a fact material to the lawfulness of the sale of a firearm under Chapter 44 of Title 18, United States Code, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2); and

b. not being licensed importers, manufacturers, dealers, and collectors of firearms within the meaning of Chapter 44 of Title 18, to willfully transport into the State where the defendants ANTHONY COLEMAN and

4

LONNEL DIGGS then resided, namely, the State of California, firearms illegally purchased and obtained outside the State of California, namely, in the State of Maine, in violation of Title 18, United States Code, Sections 922(a)(3) and 924(a)(1)(D).

## MANNER AND MEANS

It was a part of the conspiracy that:

13.    Beginning in or around March of 2022, the defendants ANTHONY COLEMAN and LONNEL DIGGS proposed that Jennifer Scruggs purchase firearms for them in return for a combination of cash and crack cocaine.  Scruggs agreed to do so and thereafter traveled to gun shows and gun stores in the District of Maine to purchase firearms for COLEMAN and DIGGS.  Each time, Jennifer Scruggs falsely certified on the ATF Form 4473 that she was the actual purchaser of the firearms, when in fact she was purchasing the firearms for COLEMAN and DIGGS.

14.    Aaron Michaud accompanied and assisted Scruggs on each trip to purchase firearms.  Prior to each trip, the defendants ANTHONY COLEMAN and LONNEL DIGGS would select the firearms that they wanted Scruggs to buy for them, share their selections with Scruggs and Michaud, and then give Scruggs and Michaud cash to purchase the firearms.  After purchasing the firearms, Jennifer Scruggs and Aaron Michaud would deliver the firearms to COLEMAN and DIGGS.

15.    Between March 1, 2022, and June 17, 2022, Jennifer Scruggs purchased approximately fifty-five firearms for ANTHONY COLEMAN and LONNEL DIGGS in return for crack cocaine and cash.

16.     On two separate occasions in 2022, once in April and again in late June, at the request of COLEMAN and DIGGS, Jennifer Scruggs transported some of the firearms that she had previously purchased for them to California by car.  On each trip, Scruggs was accompanied by the defendant ANTHONY COLEMAN and Aaron Michaud.  LONNEL DIGGS traveled separately by plane to California prior to each trip that Scruggs, COLEMAN, and Michaud made by car to California.

17.     In addition to using Facebook Messenger, the defendant LONNEL DIGGS also communicated with Scruggs and Michaud by phone and text message.

**OVERT ACTS**

18.     In furtherance of the conspiracy, on March 20, 2022, the defendants ANTHONY COLEMAN and LONNEL DIGGS went to the Bucksport Gun Show in Orland, Maine for the purpose of selecting firearms that they wanted Jennifer Scruggs and Aaron Michaud to purchase for them.  While they were at the gun show, the defendant LONNEL DIGGS took photographs of three firearms with his cell phone:  (1) a Beretta M9A3 bearing serial number B033014Z; (2) a Bernadelli, Vincenzo Model 80, .380 caliber handgun; and (3) a Smith & Wesson handgun, model 469, bearing serial number TAC0620.  The photos taken by DIGGS are depicted below:







19.     At approximately 12:52 p.m. on March 20, 2022, DIGGS texted the photos

of the firearms depicted in Paragraph 18 above to Jennifer Scruggs and Aaron Michaud.

20.     Shortly thereafter, COLEMAN and DIGGS provided Scruggs and Michaud

with cash to purchase the above-described firearms.  That same day, on March 20,

2022, Jennifer Scruggs, accompanied by Aaron Michaud, purchased the above-

described firearms at the Bucksport Gun Show from Ballstown Firearms for COLEMAN

and DIGGS. In connection with this purchase, Scruggs filled out an ATF Form 4473 in

which she falsely certified that she was the actual purchaser of the firearms described

above in Paragraph 18.

21.    On April 1, 2022, the defendant ANTHONY COLEMAN rented a vehicle from Alamo Car Rental at the Portland International Jetport in Portland, Maine, for the purpose of transporting firearms from Maine to California.  When COLEMAN rented the vehicle, he provided an address in Lancaster, California as his residential address and listed Jennifer Scruggs and Aaron Michaud as additional authorized drivers of the rental car.

22.    On the same date, the defendant LONNEL DIGGS flew from Maine to California on United Airlines.

23.    After ANTHONY COLEMAN rented the vehicle from Alamo on April 1, 2022, he, Jennifer Scruggs and Aaron Michaud drove from Maine to California with some of the firearms that Scruggs had illegally purchased for COLEMAN and DIGGS.

24.    On May 10, 2022, after returning to Maine, Jennifer Scruggs purchased a Browning, Model 1911, .380 caliber handgun bearing serial number 51-HY2110101 from J.T. Reid's Gun Shop in Auburn, Maine, for ANTHONY COLEMAN and LONNEL DIGGS.  In connection with this purchase, Scruggs filled out an ATF Form 4473 in which she falsely certified that she was the actual purchaser of the firearm.

25.    On June 13, 2022, the defendant ANTHONY COLEMAN, a/k/a "Tone Loc," sent four images of various firearms from G3 Firearms in Turner, Maine to Jennifer Scruggs via Facebook Messenger.  The images included the prices of some of the guns:

 

 

26.     The firearms depicted in the images in Paragraph 25 included the

following:

      1) Ruger      PC    9mm  - $685.00

      2) Glock      43X   9mm  - $489.00

      3) Glock      43     9mm  - $520.00

      4) Kel Tec   P50   5.7x28- $1029.00

27.     The following day, on June 14, 2022, COLEMAN sent Scruggs the following message over Facebook Messenger: *"Change of plans.  Get two scorpions instead of the grand powers."*

28.     That same day, Jennifer Scruggs also had a conversation with the defendant LONNEL DIGGS, a/k/a "Cashiioso Runzitup," on Facebook Messenger about her plans to purchase the firearms.  On June 14, 2022, Scruggs sent DIGGS a message in which she explained that she needed to find a "government printed document" with her current address on it, because her ID only had a "P.O. Box" for an address.  Scruggs then told the defendant LONNEL DIGGS: *"but they're all yours after this lol."*[1]

29.     After conferring with COLEMAN and DIGGS about the firearms that they wanted her to purchase, on June 14, 2022, Jennifer Scruggs and Aaron Michaud traveled to G3 Firearms in Turner, Maine, and ultimately purchased the following eight firearms (which included, among other things, two Scorpions):

> (1) Kel-Tec, Model P50, 5.7x28, Serial No. AAF428
>
> (2) Ruger, Model PC Charger, 9mm, Serial No. 913-60944
>
> (3) CZ/USA, Model Scorpion, 9mm, Serial No. G076417
>
> (4) Glock, Model 43X, 9mm, Serial No. BXCC703
>
> (5) Glock, Model 43X, 9mm, Serial No. BNES856
>
> (6) Glock, Model 43X, 9mm, Serial No. AGPG024
>
> (7) HondR, Model 1871, 12g, Serial No. NZ515617
>
> (8) CZ /USA, Model Scorpion, 9mm, Serial No. G047866

---

[1] "lol" is a commonly used text message shorthand for "laugh out loud."

30.    In connection with the purchase from G3 Firearms on June 14, 2022, Scruggs filled out an ATF Form 4473 in which she falsely certified that she was the actual purchaser of the firearms described above in Paragraph 29 above.

31.    Scruggs and Michaud thereafter provided the firearms to the defendants ANTHONY COLEMAN and LONNEL DIGGS.

32.    On June 17, 2022, Jennifer Scruggs, accompanied by Aaron Michaud, purchased three more firearms from G3 Firearms in Turner, Maine, for COLEMAN and DIGGS, including a Glock, Model 19, 9mm handgun bearing Serial No. BVTP766.  In connection with this purchase, Scruggs filled out an ATF Form 4473 in which she falsely certified that she was the actual purchaser of the firearm.

33.    On June 18, 2022, the defendant ANTHONY COLEMAN rented a silver Nissan Pathfinder from the Avis/Budget Car Rental agency at the Portland International Jetport for the purpose of transporting firearms from Maine to California.  Again, when COLEMAN rented the vehicle from Avis/Budget, he provided an address in Lancaster, California as his residential address. Coleman's then girlfriend, Elise Bergeron, accompanied them on the trip to California and was later added as an authorized driver.

34.    On the same date, June 18, 2022, the defendant LONNEL DIGGS flew from Maine to California on United Airlines and met the others there after they arrived by car a few days later.

35.    Among the firearms that Scruggs, COLEMAN, Michaud and Bergeron transported from Maine to California in June of 2022 were the Browning Model 1911 handgun described above in Paragraph 24 and the Glock, Model 19, 9mm handgun described above in Paragraph 32.

All in violation of Title 18, United States Code, Section 371.

12

## COUNTS TWO THROUGH SIX –
## ANTHONY COLEMAN and LONNEL DIGGS
### (Aiding and Abetting False Statements to a Federal Firearms Licensee)

36.     The allegations set forth in Paragraphs 1 through 35 are expressly incorporated herein.

37.     On the following dates, all in the District of Maine, the defendants ANTHONY COLEMAN, a/k/a "Rent," and LONNEL DIGGS, a/k/a "Cash," in connection with the acquisition of firearms listed below, from G3 Firearms, Turner, Maine,  J.T. Reid's Gun Shop, Auburn, Maine or Ballstown Firearms, Whitefield, Maine, all licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly aided and abetted the making of the following false and fictitious written statements by Jennifer Scruggs to a salesperson from the listed licensed firearms dealers, which statements were intended and likely to deceive the firearm dealers' sales representatives as to a fact material to the lawfulness of such sales of the said firearms to the defendant under chapter 44 of Title 18:

| Count | Date | Federal Firearm Licensee | False Statement | Firearms Purchased |
|---|---|---|---|---|
| COUNT TWO | March 20, 2022 | Ballstown Firearms, Whitefield, Maine | Jennifer Scruggs responded, "Yes" to question 21(a) of the ATF Form 4473, which asked "Are you the actual transferee / buyer of the firearm(s) listed on this form and any continuation sheet(s)(ATF Form 5300.9A?  Warning: You are not the actual transferee/buyer if you are acquiring the | (1) Beretta, Model M93A, 9mm Luger, Serial No. B033014Z<br><br>(2) Smith & Wesson (S&W), Model 469, 9mm, Serial No. TAC0620<br><br>(3) Bernardelli, Model 80, 380 mm, Serial No. 018514 |

| Count | Date | Federal Firearm Licensee | False Statement | Firearms Purchased |
|---|---|---|---|---|
| | | | firearm(s) on behalf of another person.  If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you." | |
| COUNT THREE | March 28, 2022 | G3 Firearms, Turner, Maine | Jennifer Scruggs responded, "Yes" to question 21(a) of the ATF Form 4473, which asked "Are you the actual transferee / buyer of the firearm(s) listed on this form and any continuation sheet(s)(ATF Form 5300.9A?  Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person.  If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you." | (1) Steyr, Model GB, 9mm, Serial No. P07255<br><br>(2) Jiminez, Model JA9, 9mm, Serial No. 411599<br><br>(3) Jiminez, Model JA9, 9mm, Serial No. 411663<br><br>(4) Jiminez, Model JA9, 9mm, Serial No. 411802<br><br>(5) Kel-Tec, Model P11, 9mm, Serial No. T6368-21AV11405<br><br>(6) SAR, Model SAR9, 9mm, Serial No. T-1102-20HC51125<br><br>(7) S&W, Model Shield 380, 380mm, Serial No. RJR8454<br><br>(8) Girsan, Model MC28, 9mm, Serial No. T6368-21AV11130<br><br>(9) Girsan, Model MC28, 9mm, Model No T6368-21AV10984<br><br>(10) Girsan, Model MC28, 9mm, Serial No. T6368-21AV10987<br><br>(11) Palmetto, Model ARV9, 9mm, Serial No. ARVBO9929 |

14

| Count | Date | Federal Firearm Licensee | False Statement | Firearms Purchased |
|---|---|---|---|---|
| COUNT FOUR | April 19, 2022 | G3 Firearms, Turner, Maine | Jennifer Scruggs responded, "Yes" to question 21(a) of the ATF Form 4473, which asked "Are you the actual transferee / buyer of the firearm(s) listed on this form and any continuation sheet(s)(ATF Form 5300.9A?  Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person.  If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you." | (1) Grand Power Stribog, Model  SP9A1, 9mm, Serial No. GSA25875 (Recovered); <br><br> (2) Palmetto, Model AHU, 9mm, Serial No. AKV0Z0271 <br><br> (3) Zastava, Model ZPAP, 223mm, Serial No. 285-014536 <br><br> (4) Taurus, Model 856, 38 spl, Serial No. AMMC620551 <br><br> (5) Charter Arms, Model Undercover,  38 spl, Serial No. 21071854 <br><br> (6) Beretta, Model 1943, 380mm, Serial No. 00508 |
| COUNT FIVE | June 14, 2022 | G3 Firearms, Turner, Maine | Jennifer Scruggs responded, "Yes" to question 21(a) of the ATF Form 4473, which asked "Are you the actual transferee / buyer of the firearm(s) listed on this form and any continuation sheet(s)(ATF Form 5300.9A?  Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person.  If you are not the actual transferee/buyer, the | (1) Kel-Tec, Model P50, 5.7x28, Serial No. AAF428 <br><br> (2) Ruger, Model PC Charger, 9mm, Serial No. 913-60944 <br><br> (3) CZ/USA, Model Scorpion, 9mm, Serial No. G076417 <br><br> (4) Glock, Model 43X, 9mm, Serial No. BXCC703 |

15

| Count | Date | Federal Firearm Licensee | False Statement | Firearms Purchased |
|---|---|---|---|---|
| | | | licensee cannot transfer the firearm(s) to you." | (5) Glock, Model 43X, 9mm, Serial No. BNES856 |
| | | | | (6) Glock, Model 43X, 9mm, Serial No. AGPG024 |
| | | | | (7) HondR, Model 1871, 12g, Serial No. NZ515617 |
| | | | | (8) CZ /USA, Model Scorpion, 9mm, Serial No. G047866 |
| COUNT SIX | June 17, 2022 | G3 Firearms, Turner, Maine | Jennifer Scruggs responded, "Yes" to question 21(a) of the ATF Form 4473, which asked "Are you the actual transferee / buyer of the firearm(s) listed on this form and any continuation sheet(s)(ATF Form 5300.9A? Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you." | (1) CZ/USA, Model Scorpion, 9mm, Serial No. G105371 |
| | | | | (2) Glock, Model 17, 9mm, Serial No. BWFG892 |
| | | | | (3) Glock, Model 19, 9mm, Serial No. BVTP766 (Recovered) |

when in fact on all dates listed in Counts Two through Six, the defendants ANTHONY COLEMAN and LONNEL DIGGS were aware that Jennifer Scruggs was purchasing all firearms listed in Counts Two through Seven on behalf of and for them, all in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

16

## COUNT SEVEN – LONNEL DIGGS
### (Felon in Possession of a Firearm)

40.     The allegations set forth in Paragraphs 1 through 37 above are expressly incorporated herein.

41.     On about March 20, 2022, the defendant LONNEL DIGGS, in the District of Maine, knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess the firearm described in Paragraph 18 above, to wit: a Beretta M9A3 bearing serial number B033014Z, which had been shipped and transported in interstate commerce.

All in violation of Title 18, United States Sections 922(g)(1) and 2.

## COUNT EIGHT – ANTHONY COLEMAN
### (Felon in Possession of a Firearm)

42.     The allegations set forth in Paragraphs 1 through 37 above are expressly incorporated herein.

43.     On about October 21, 2022, the defendant ANTHONY COLEMAN, in the District of Maine, knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess .9 mm Grand Power Stribog SP9A1 pistol bearing serial number GSA25875, which had been shipped and transported in interstate commerce.

All in violation of Title 18, United States Sections 922(g)(1) and 2.

FIREARM FORFEITURE NOTICE

The Grand Jury further alleges:

1.      Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Section 371 set forth in Count One of this Information or Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2 set forth in Counts Two through Six of this Indictment, the defendants,

ANTHONY COLEMAN and LONNEL DIGGS,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offenses. The property to be forfeited includes, but is not limited to, the following:

a) Grand Power Stribog, Model SP9A1, 9mm, Serial No. GSA25875;
b) Browning, Model 1911-380, 380acp, Serial No. 51-HY2110101;
c) 102 Rounds of assorted ammunition;
d) 1 Magazine "Pro Mag" 9 mm; and
e) 1 Spent Cartridge 7.62 cal.

If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the Court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

A TRUE BILL,

_____
Assistant U.S. Attorney

Date: DECEMBER 20, 2023

Signature Redacted – Original on file with the Clerk's Office

_____
FOREPERSON